470 A.2d 1024

Commonwealth v. Berkheimer, Appellant.

Submitted October 21,

1983.  Arthur Lucian Zulick, Assistant Public Defender, for appellant; Elmer D. Christine, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.